IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLYNIS BETHEL and ORLANDO BETHEL,   :

   Plaintiffs,   :

vs.   :   CIVIL ACTION 10-0535-CG-C

THE CITY OF MOBILE, ALABAMA, et al.,   :

   Defendants.   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby dismissed without prejudice.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE